NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DURA SYSTEMS BARRIERS, INC.,**

*Plaintiff-Appellee*

v.

**VAN-PACKER CO., JEREMIAS, INC.,**

*Defendants-Appellants*

---

2023-1888

---

Appeal from the United States District Court for the Central District of Illinois in No. 1:19-cv-01388-SLD-JEH, 4:20-cv-04069-SLD-JEH, Judge Sara Darrow.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT

June 6, 2023           /s/ Jarrett B. Perlow
Date                   Jarrett B. Perlow
                       Acting Clerk of Court


**ISSUED AS A MANDATE:** June 6, 2023